TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

FILED US District Court-UT
AUG 17 '22 PM02:09

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | COUNT I: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm |
| vs. | |
| JUAN CARLOS ARELLANO, | Case: 4:22-cr-00091<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 8/16/2022 |
| Defendant. | |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about January 28, 2022, in the District of Utah,

JUAN CARLOS ARELLANO,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Taurus Spectrum handgun, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of

such acquisition of the firearm, that is, he falsely answered "no" on ATF Form 4473 asking whether he had ever been convicted of a felony; when, as he then knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
BRADY WILSON
Assistant United States Attorney